UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-60-SDM-SPF
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

JAMES ADAM BOOKMAN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy)

From an unknown date which was at least in or about March 2023, through at least in or about September 2023, in the Middle District of Florida and elsewhere, the defendant,

JAMES ADAM BOOKMAN,

did knowingly and willfully conspire and agree with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance. The violation involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl]propenamide (fentanyl), and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO
### (Possession with Intent to Distribute a Controlled Substance)

On or about August 8, 2023, in the Middle District of Florida, the defendant,

JAMES ADAM BOOKMAN,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl]propenamide (fentanyl).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

## COUNT THREE
### (Possession with Intent to Distribute a Controlled Substance)

On or about August 21, 2023, in the Middle District of Florida, the defendant,

JAMES ADAM BOOKMAN,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl]propenamide (fentanyl).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR
### (Possession with Intent to Distribute a Controlled Substance)

On or about August 23, 2023, in the Middle District of Florida, the defendant,

JAMES ADAM BOOKMAN,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846 and/or 21 U.S.C. § 841, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

                                  A TRUE BILL,

                                  Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney

By: _____
Christopher Murray
Assistant United States Attorney
Chief, Criminal Division, South

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES ADAM BOOKMAN

## INDICTMENT

Violations: 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 14th day

of February, 2024.

_____
Clerk

Bail $_____

GPO 863 525